# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        Plaintiff,

  v.                                      **Case No. 13-CR-99**

**BODIE WITZLIB**
        **Defendant.**

## ORDER

Pursuant to Fed. R. Crim. P. 36,

**IT IS ORDERED** that an amended judgment issue correcting the nature of offense: "manufacturing and dealing explosive materials without a license."

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2015.

                                            /s Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge