# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

v.                                                 Case No. 13-CR-99

**BODIE WITZLIB**
    **Defendant.**

## ORDER

Defendant seeks leave to appeal in forma pauperis. Defendant was previously found eligible for appointed counsel, and the financial affidavit filed on January 20, 2015, demonstrates poverty.

**THEREFORE, IT IS ORDERED** that defendant's motion for leave to appeal in forma pauperis (R. 215) is **GRANTED**.

Defendant also moves the court for an order allowing him to electronically file. He contends that as a pro se litigant he should not be discriminated against due to indigence or social class, and that he should have the same access to the courts as licensed attorneys for the sake of fairness, convenience, and judicial economy. This district's ECF policy does not permit pro se parties to file electronically, and defendant cites no authority that such a rule violates the rights of pro se litigants. To the extent that it may be appropriate to allow a pro se litigant to file electronically in a particular case, defendant provides no specifics in support of his request, nor does he claim that filing in paper format has impeded his access to the court in this case. Defendant's case recently concluded in this court, so granting him an exception would also have little practical effect. Defendant is free to make such a request to the Seventh

Circuit Court of Appeals.

**THEREFORE, IT IS ORDERED** that the motion to electronically file (R. 214) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 23rd day of January, 2015.

/s Lynn Adelman
LYNN ADELMAN
District Judge