# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                                                          **Case No. 13-CR-99**

**BODIE WITZLIB**
    **Defendant.**

## ORDER

Defendant asks that the clerk's office be directed to transfer the district court docket and all documents therein to him in electronic format. He indicates that he needs the docket documents for an appeal and for civil matters.

Defendant has access to the district court docket at the clerk's office. He fails to explain why this is insufficient or why he needs access beyond what is regularly accorded other pro se litigants.

**IT IS ORDERED** that the request (R. 242) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 4th day of March, 2015.

                                           /s Lynn Adelman
                                         LYNN ADELMAN
                                         District Judge